# UNITED STATES DISTRICT COURT
for the

_____ District of Colorado _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 90-cr-00297-EWN-01 |
| JAMES ALEXANDER HENRY ) | USM No: 22700-013 |
| ) | Edward R. Harris, AFPD |
| Date of Previous Judgment: March 15, 1991 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  __262__  months **is reduced to**  __time served__  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
The Court orders that the defendant's release is stayed for ten calendar days from the date this judgment is entered.

Except as provided above, all provisions of the judgment dated  __March 15, 1991__  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:  May 8, 2008 | s/ Edward W. Nottingham |
| | Judge's signature |
| Effective Date:  May 8, 2008 | Edward W. Nottingham, Chief U.S. District Judge |
| (if different from order date) | Printed name and title |